### CHARLES DAVIDSON VS. *St. Francis*, 1742

[Libel in prize. Schooner was condemned as prize. Appeals were permitted by both captain of schooner and captors, to Lords Commissioners. Captain withdrew appeal, and later court decreed that part of the cargo of the schooner, which was the private adventure of the captain and mate, be restored to them. (Minute Book, 1740–1743)]

### CHARLES DAVIDSON ETC. VS SCHOONER S^t *Francis* AND CARGO

Before the Hon^ble Samuel Pemberton Esq^r D Judge

The Court being Opened The Libel read Cap^t John Laborde late Master of s^d Schooner exhibited his Claim signed in Court and then made Oath to the same And then the Court is Adjourned to the 6th Nov^r next at 3 a Clock P: M

### CHARLES DAVIDSON ETC. VS SCHOONER S^t *Francis* AND CARGO

Nov^r 6th 1742.

The Court being Opened According to Adjournm^t the Libel and Claim read, M^r Bull Att^ry for the Claim^ts produced his Plea in Court, Whereupon M^r Bollan Att^ry for the Captors Objected against it, for that no Security being given to the Captors for Answering double Costs pursuant to the Act of Parliament for that Purpose, Upon which Objection of M^r Bollans after the thing was Debated the Plea afores^d was rejected by the Court, After Which the Preparatory Examinations were read, produced in Court and Also other papers were produced in Court with the preparitory Exams and delivered to the Judge, the Court is adjourned to 3 a Clock P: M

### CHARLES DAVIDSON ETC. VS SCHOONER S^t *Francis* AND CARGO

Nov^r 6th 1742.

The Court being Opened according to Adjournment, the Court is Adjourned to Monday the 8th Inst^t at 9 aClock A: M

### CHARLES DAVIDSON ETC. VS SCHOONER S^t *Francis* AND CARGO

Mond^y 8th Nov^r

The Court being Opened according to Adjournment is Adjourned to 3 a Clock P. M

The Court being Opened According to Adjournment; his Hon^r the Judge pronounced his Decree, Whereupon Cap^t Laborde Prayed for an Appeal from this Court to the Commissioners Appointed or to be Appointed etc. Which was Objected against by the Attorneys for the Captors — The Court is adjourned until to Morrow 10 a Clock A: M